JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

CHARLES HOWARD ANDREWS,

               Plaintiff,

    vs.

T. DURLEY, Associate Warden, et al.,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 05-6072-JFW (JWJ)

JUDGMENT

     Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

     IT IS ADJUDGED that Judgment be entered dismissing the entire action without prejudice.

DATED:  August 7, 2009

_____
JOHN F. WALTER
United States District Judge